Three Best Cleaners, Inc., appellee, v. William D. Meyering, appellant. Gen. No. 38,596.

Opinion filed July 3, 1936. Rehearing denied July 14, 1936.

Abrams, Sherman & Lewis, for appellant; Irving S. Abrams, of counsel. Andalman, Shamberg & Topper, for appellee; Maxwell N. Andalman, of counsel.

Mr. Presiding Justice John J. Sullivan delivered the opinion of the court.

Walter Hackett, appellant, v. Riverview Park Company, appellee. Gen. No. 38,728.

Opinion filed July 3, 1936. Rehearing denied July 14, 1936.

Thomas E. Keane, for appellant; James R. O'Leary and Oscar M. Wolff, of counsel. Robertson, Crowe & Spence, for appellee; Eugene P. Kealy, of counsel.

Mr. Presiding Justice John J. Sullivan delivered the opinion of the court.

City of Chicago v. Chicago and Northwestern Railroad Company et al.

In re Petition of Daniel L. Madden and Edward J. Kelley, appellees, v. Sarah L. Johnson et al., respondents, on appeal of Sarah L. Johnson, appellant. Gen. No. 38,108.

Opinion filed July 3, 1936.

Roy S. Gaskill, for appellant. Edward J. Kelley, for appellees.

Mr. Justice Friend delivered the opinion of the court.

City of Chicago v. Chicago and Northwestern Railroad Company et al.

In re Petition of Daniel L. Madden and Edward J. Kelley, petitioners, v. Sarah L. Johnson et al., respondents.

Elaine Johnson Burgess and Isabelle C. Johnson, plaintiffs in error, v. Daniel L. Madden et al., defendants in error. Gen. No. 38,109.